Raymond GRIFFIN, Plaintiff-Appellant,

v.

Deborah SHANDLES, Assistant District Attorney; Donald C. Pate, Trooper—NC State Highway Patrol; T. McElroy, Detective—Raleigh Police Department; S. Johnson, Raleigh Police Officer; C. Pierce, Raleigh Police Officer; D. Harper, Raleigh Police Officer; Donnie Harrison, Wake County Sheriff; Charles Caldwell, NC Public Defender; Christy Highsmith, Assistant Public Defender; Journalist and Media; John and Jane Doe; Detective Mckeon, Raleigh Police Department, Defendants-Appellees.

No. 16-6945

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 28, 2016

Raymond Griffin, Appellant Pro Se.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Griffin appeals the district court's orders adopting the magistrate judge's recommendation to dismiss, after a 28 U.S.C. § 1915A (2012) review, Griffin's 42 U.S.C. § 1983 (2012) action, and denying Griffin's Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Griffin's motion for appointment of counsel and affirm the district court's orders. See Griffin v. Shandles, No. 5:15-ct-03145-D, 2016 WL 715753 (E.D.N.C. Feb. 22, 2016; May 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED